IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GEORGE SCHAEFFER,

    Plaintiff,

v.                         No. 02-2412 B

MARK LUTTRELL, et al.,

    Defendants.

---

ORDER TO SHOW CAUSE WHY DEFAULT SHOULD
NOT BE ENTERED AGAINST DEFENDANT SHELBY COUNTY

---

This lawsuit was brought by the pro se Plaintiff, George Schaeffer, on May 24, 2002. According to the Court's docket, Defendant Shelby County, Tennessee (the "County") was served with process on February 21, 2003. Since that time, no appearance has been made on behalf of this Defendant. As a consequence, the County is hereby DIRECTED to show cause, within eleven (11) days of the entry of this order, why default should not be entered against it. The Clerk of Court is directed to mail a copy of this order to M. Dell Stiner, United American Bank Building, 147 Jefferson Avenue, Suite 1205, Memphis, Tennessee 38103. Failure of the County to timely respond hereto will result in the entry of default under Rule 55 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 13th day of October, 2005.

                                            J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:02-CV-02412 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

George Schaeffer
SCCC-MEMPHIS
155651
1045 Mullins Station Rd
Memphis, TN 38134

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT